# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH PUCKETT, | ) | 1:05cv0277 OWW DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| v. | ) ) | (Document 28) |
| CHIEF OF POLICE DYER, OFFICER VAN HALEN, | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. On December 29, 2006, Plaintiff filed a request for an extension of time to answer Defendants' interrogatories. On January 4, 2007, Defendants indicated that they did not object to a thirty (30) day extension, which would make the responses due on February 16, 2007. Accordingly, Plaintiff's motion is granted he shall provide his answers on or before February 16, 2007.

IT IS SO ORDERED.

Dated: **January 26, 2007**         /s/ **Dennis L. Beck**
3b142a                    UNITED STATES MAGISTRATE JUDGE

1