Rosemary T. McGuire, Esq.  Bar No. 172549
Erica M. Camarena, Esq.     Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, JERRY DYER CHIEF OF POLICE and OFFICER VAN DALEN

## IN UNITED STATES DISTRICT COURT

## OF THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PUCKETT,<br><br>         Plaintiff,<br><br>    vs.<br><br>CHIEF OF POLICE DYER, OFFICER VAN HALEN,<br><br>         Defendants.<br>_____ | CASE NO.  1:05 CV 0277 LJO DLB<br><br>**STIPULATION AND ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO SUBMIT TO AN INDEPENDENT PSYCHOLOGICAL EXAMINATION** |

**IT IS HEREBY ORDERED** that Plaintiff JOSEPH PUCKETT will submit to an independent psychological examination on Friday, September 14, 2007, beginning at 11:00 a.m., at the office of the examiner, Harold Seymour, Ph.D., located at 5740 N. Palm, Ste. 105, Fresno, California 93720; (559) 431-1900.

Dr. Seymour and his assistant will perform psychological testing, an oral examination of plaintiff's extensive, comprehensive history including a discussion of his history of psychological conditions and complaints, treatment and medications prescribed for said conditions, personal habits, and personality inventory; as well as social, economic and adjustment factors, occupational and marital history.  The examination and testing is not invasive and no orifices will be violated.  It is anticipated that the examination will take approximately three to four hours.  No third persons shall be present during the examination.

---
Defendants' Motion for IME & Proposed Order

## **STIPULATION**

The parties herein have entered into a stipulation that plaintiff, Joseph Puckett, will submit to an independent medical examination pursuant to the terms set forth herein.

Dated: 8-17-07    By:   /s/ Joseph Puckett  
JOSEPH PUCKETT,  
Plaintiff

Date: 8-17-07    By:   /s/ Erica M. Camarena  
ERICA M. CAMARENA,  
Attorney for Defendants

IT IS SO ORDERED.

**Dated:   August 20, 2007**          **/s/ Dennis L. Beck**  
UNITED STATES MAGISTRATE JUDGE