**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH PUCKETT,<br><br>            Plaintiff,<br>     vs.<br>CHIEF OF POLICE DYER,<br>et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 05-0277 LJO DLB<br><br>**CLARIFICATION ORDER**<br>(Doc. 90.) |

   This Court understands that plaintiff, after significant delay, appeared for an independent medical examination ("IME"). Such delay prejudiced defendants to timely and efficiently address and defend plaintiffs' claims. Plaintiff's ultimate appearance at an IME neither unwinds prejudice to defendants nor forgives plaintiff's blatant disobedience of orders to upend the reasoning and grounds for this Court's dismissal of plaintiffs' claims. This Court's February 14, 2008 Order On Defendants' Motion To Dismiss for Disobedience Of Orders remains in effect.

   IT IS SO ORDERED.

**Dated:    February 19, 2008**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

1